IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TERRENCE KRONK, )
 )  Civil Action No. 13 – 1769
Petitioner, )
 )  Chief Magistrate Judge Lisa Pupo Lenihan
v. )
 )
JOHN E. WETZEL, *et al.*, )
 )
Respondents. )

## ORDER

**AND NOW**, this 5th day of February, 2014, after a Petition for Writ of Habeas Corpus was filed in the above captioned case, and it appearing that the Petitioner is presently pursuing his state court remedies but has elected to file a protective petition here to preserve his rights under Miller v. Alabama, 132 S. Ct. 2455 (2012),

**IT IS HEREBY ORDERED** that the Motion to Stay Proceedings (ECF No. 6) is **GRANTED** and that a stay be issued in the above captioned case permitting the Petitioner to pursue his state court remedies while preserving the date of his initial filing here, and that pending the exhaustion of those remedies, the instant case be administratively closed without prejudice to the Petitioner requesting that it be reopened when his state court remedies have been exhausted. The Clerk of Court shall mark this case **CLOSED**.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of Record

1